IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| NATHAN CHICK AND SARAH LIGHTBODY | ) ) ) | CA: 0:18-CV-00814-JMC |
| Plaintiffs, | ) ) | |
| v. | ) ) | CONSENT ORDER |
| | ) ) | |
| JAMES M. JOHNSON | ) ) | |
| Defendant. | ) ) | |

## CONSENT ORDER

Upon consideration of the Defendant and Counterclaim Plaintiff James. M. Johnson's (hereinafter, the "Defendant") Motion to Dismiss his Counterclaim against the Plaintiff and Counterclaim Defendant Nathan Chick (hereinafter, the "Plaintiff"), the Court has determined that the Defendant's Motion to Dismiss should be, and hereby is, **GRANTED** with respect to the Defendant's Counterclaim against the Plaintiff. It is further ordered that the Defendant's Counterclaim be dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 7, 2018

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

I-1555667.1